IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CITADEL SECURITIES, LLC, RONIN CAPITAL, LLC, SUSQUEHANNA SECURITIES and SUSQUEHANNA INVESTMENT GROUP,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO BOARD OPTIONS EXCHANGE, INC., INTERNATIONAL SECURITIES EXCHANGE, LLC, NASDAQ OMX PHLX (f/k/a PHILADELPHIA STOCK EXCHANGE, INC.), NYSE ARCA, INC. (f/k/a PACIFIC EXCHANGE, INC.), NYSE MKT LLC (f/k/a NYSE AMEX, f/k/a AMERICAN STOCK EXCHANGE LLC),<br><br>Defendants. | Civil Action No. 16-cv-9747 |

## ATTORNEYS FOR THE DEFENDANTS

| | |
|---|---|
| Terrence P. Canade<br>Locke Lord LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Phone: (312) 443-1862<br><br>Douglas R. Cox<br>Michael R. Huston<br>Alex Gesch<br>Rajiv Mohan<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Ave., N.W.<br>Washington, D.C. 20036<br>Phone: (202) 955-8500<br><br>*Attorneys for Defendants NASDAQ OMX* | Paul E. Dengel<br>Paul E. Greenwalt<br>Rachel A. Remke<br>Schiff Hardin LLP<br>233 South Wacker Drive<br>Suite 6600<br>Chicago, IL 60606<br>Phone: (312) 258-5600<br><br>*Attorneys for Defendant Chicago Board Options Exchange, Incorporated* |

| | |
|---|---|
| *PHLX LLC and International Securities Exchange, LLC* | |
| Douglas W. Henkin<br>BAKER BOTTS LLP<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Phone: (212) 408-2520<br>douglas.henkin@bakerbotts.com<br><br>David J. Chizewer<br>GOLDBERG KOHN LTD.<br>55 East Monroe Street – Suite 3300<br>Chicago, Illinois 60603-5792<br>Phone: (312) 201-3938<br>david.chizewer@goldbergkohn.com<br><br>*Attorneys for Defendants NYSE Arca, Inc. and NYSE MKT LLC* | |