IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CITADEL SECURITIES, LLC, RONIN CAPITAL, LLC, SUSQUEHANNA SECURITIES and SUSQUEHANNA INVESTMENT GROUP,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO BOARD OPTIONS EXCHANGE, INC., INTERNATIONAL SECURITIES EXCHANGE, LLC, NASDAQ OMX PHLX (f/k/a PHILADELPHIA STOCK EXCHANGE, INC.), NYSE ARCA, INC. (f/k/a PACIFIC EXCHANGE, INC.), NYSE MKT LLC (f/k/a NYSE AMEX, f/k/a AMERICAN STOCK EXCHANGE LLC),<br><br>Defendants. | **Civil Action No.** 16-cv-9747 |

## NOTIFICATION AS TO AFFILIATES OF
## CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Chicago Board Options Exchange, Incorporated ("CBOE") states that it is a wholly owned subsidiary of CBOE Holdings, Inc. and that CBOE Holdings, Inc. is publicly held.

Dated: October 14, 2016

Respectfully submitted,

   s/Paul E. Greenwalt
Paul E. Dengel
Paul E. Greenwalt
Rachel A. Remke

Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
312/258-5600

*Attorneys for Defendant Chicago Board Options Exchange, Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2016, a copy of the foregoing will be served on the following attorney for Plaintiffs via U.S. Mail:

Stephen P. Bedell
Ellen M. Wheeler
Thomas P. Krebs
Jason P. Britt
Foley & Lardner LLP
Suite 2800
321 North Clark Street
Chicago, IL 60654-5313

By: ____/s/Paul E. Greenwalt_____
Paul E. Greenwalt