

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**Thomas G. Bruton**
CLERK

October 17, 2016

Ellen M. Wheeler
Jason P. Britt
Stephen Patrick Bedell
Thomas Paul Krebs
Foley & Lardner
321 North Clark Street
Suite 2800
Chicago, IL 60654

RE: *Citadel Securities LLC et al v. Chicago Board Options Exchange, Inc. et al*
USDC: 1:16-cv-09747

Dear Counselors:

The records of this office indicate that on 10/14/2016 a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice lists the circuit court case number as 2016 CH 12154. The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is located on the District Court web site: [www.ilnd.uscourts.gov](www.ilnd.uscourts.gov) under the heading 'on-line forms.'

In completing the appearance form, please note that the Clerk's Office provides notice <u>only</u> to the attorney shown in box (A) of the appearance form.

Sincerely yours,

Thomas G. Bruton, Clerk

By: /s/ Peggy Klutcharch
Deputy Clerk