# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title:                                    Case Number:

An appearance is hereby filed by the undersigned as attorney for:

Attorney name (type or print):

Firm:

Street address:

City/State/Zip:

Bar ID Number:                                 Telephone Number:
(See item 3 in instructions)

Email Address:

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | Yes | No |
| Are you acting as local counsel in this case? | Yes | No |
| Are you a member of the court's trial bar? | Yes | No |
| If this case reaches trial, will you act as the trial attorney? | Yes | No |

If this is a criminal case, check your status.    Retained Counsel

                                                 Appointed Counsel
                                                 If appointed counsel, are you
                                              a   Federal Defender

                                                 CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature:       S/_____
                          (Use electronic signature if the appearance form is filed electronically.)

# CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2016, a copy of the foregoing was served on the following attorney for Plaintiffs via U.S. Mail:

Stephen P. Bedell
Ellen M. Wheeler
Thomas P. Krebs
Jason P. Britt
Foley & Lardner LLP
Suite 2800
321 North Clark Street
Chicago, IL 60654-5313

By: ____/s/Paul E. Dengel_____
      Paul E. Dengel