# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Citadel Securities, LLC, et al. v.  Case Number: 16-cv-09747
Chicago Board Options
Exchange, Inc., et al.

An appearance is hereby filed by the undersigned as attorney for:

Nasdaq PHLX LLC and International Securities Exchange, LLC, Defendants

Attorney name (type or print):  Terrence P. Canade

Firm:              Locke Lord LLP

Street address:   111 South Wacker Drive

City/State/Zip:    Chicago, Illinois 60606

Bar ID Number:    06196823          Telephone Number:  (312) 443-1862
(See item 3 in instructions)

Email Address:    tcanade@lockelord.com

Are you acting as lead counsel in this case?          ☑ Yes   ☐ No

Are you acting as local counsel in this case?          ☑ Yes   ☐ No

Are you a member of the court's trial bar?            ☑ Yes   ☐ No

If this case reaches trial, will you act as the trial attorney?   ☑ Yes   ☐ No

If this is a criminal case, check your status.        ☐ Retained Counsel

                                                      ☐ Appointed Counsel
                                                         If appointed counsel, are you

                                                         ☐ Federal Defender

                                                         ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  October 18, 2016

Attorney signature:    S/ Terrence P. Canade
                       (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015