**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CITADEL SECURITIES, LLC, RONIN CAPITAL, LLC, SUSQUEHANNA SECURITIES and SUSQUEHANNA INVESTMENT GROUP,<br><br>              Plaintiffs,<br><br>v.<br><br>CHICAGO BOARD OPTIONS EXCHANGE, INC., INTERNATIONAL SECURITIES EXCHANGE, LLC, NASDAQ OMX PHLX (f/k/a PHILADELPHIA STOCK EXCHANGE, INC.), NYSE ARCA, INC. (f/k/a PACIFIC EXCHANGE, INC.), NYSE MKT LLC (f/k/a NYSE AMEX, f/k/a AMERICAN STOCK EXCHANGE LLC),<br><br>              Defendants. | **Civil Action No. 16-cv-09747** |

**CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION
AS TO AFFILIATES FOR DEFENDANTS NASDAQ PHLX LLC
AND INTERNATIONAL SECURITIES EXCHANGE, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, the undersigned counsel for defendants Nasdaq PHLX LLC and International Securities Exchange, LLC submit the following corporate disclosures:

Defendant Nasdaq PHLX LLC states that it is a limited liability company organized under the laws of the State of Delaware. The sole member of Nasdaq PHLX LLC is Nasdaq, Inc., a publicly held Delaware corporation with its principal place of business in the State of New York. Nasdaq, Inc. has no corporate parent, affiliate, or subsidiary that is publicly held.

Defendant International Securities Exchange, LLC states that it is a limited liability company organized under the laws of the State of Delaware. The sole member of International

Securities Exchange, LLC is International Securities Exchange Holdings, Inc.  International

Securities Exchange Holdings, Inc. is wholly owned by U.S. Exchange Holdings, Inc., which is

wholly owned by Nasdaq, Inc.


Dated:  October 18, 2016                              NASDAQ PHLX LLC and
                                                     INTERNATIONAL SECURITIES
                                                     EXCHANGE, LLC


                                         By:    /s/ Terrence P. Canade
                                               One of Their Attorneys

Terrence P. Canade
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 443-1862

Douglas R. Cox
Michael R. Huston
Rajiv Mohan
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Phone: (202) 955-8500

*Attorneys for Defendants*
*Nasdaq PHLX LLC* and *International*
*Securities Exchange, LLC*