**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CITADEL SECURITIES, LLC, RONIN CAPITAL, LLC, SUSQUEHANNA SECURITIES and SUSQUEHANNA INVESTMENT GROUP, <br><br> Plaintiffs, <br><br> v. <br><br> CHICAGO BOARD OPTIONS EXCHANGE, INC., INTERNATIONAL SECURITIES EXCHANGE, LLC, NASDAQ OMX PHLX (f/k/a PHILADELPHIA STOCK EXCHANGE, INC.), NYSE ARCA, INC. (f/k/a PACIFIC EXCHANGE, INC.), NYSE MKT LLC (f/k/a NYSE AMEX, f/k/a AMERICAN STOCK EXCHANGE, LLC), <br><br> Defendants. | Case No. 1:16-cv-09747 <br><br> The Honorable Robert W. Gettleman |

**CORPORATE DISCLOSURE STATEMENT OF
<u>DEFENDANTS NYSE ARCA, INC. AND NYSE MKT LLC</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, and Northern District of Illinois Local Rule 3.2, Defendants NYSE Arca, Inc. and NYSE MKT LLC state that they are indirect, wholly owned subsidiaries of Intercontinental Exchange, Inc., which is publicly traded under the symbol "ICE." ICE has no parent corporation, and as of the date of its most recent proxy statement for its special meeting of stockholders (filed on August 29, 2016), no publicly held company owned 10% or more of its stock. However, ICE notes that a Form 13/G filing by T. Rowe Price & Associates, Inc. on February 11, 2016 indicated that T. Rowe Price at that point owned approximately 9.7% of ICE stock.

Dated: October 25, 2016

Respectfully submitted,

By: /s/ David J. Chizewer

David J. Chizewer
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
Phone: (312) 201-3938
david.chizewer@goldbergkohn.com

Douglas W. Henkin
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112-4498
Phone: (212) 408-2520
douglas.henkin@bakerbotts.com

*Counsel for Defendants NYSE Arca, Inc. and NYSE MKT LLC\**

\*Note: On October 18, 2016, David J. Chizewer filed an Appearance in this case mistakenly indicating that he represented International Securities Exchange LLC (Dkt. No. 10). He does not, and that correction was made in an Amended Appearance filed on October 19, 2016 (Dkt. No. 15).

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on October 25, 2016, he caused a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS NYSE ARCA, INC. AND NYSE MKT LLC** to be served via the Court's ECF/electronic mailing system upon all counsel of record.

/s/ David J. Chizewer