1                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS

2                        EASTERN DIVISION

3   CITADEL SECURITIES LLC, et al.,   )
                                )

4              Plaintiffs,     )
                                )

5             vs.            )  No. 16 C 9747
                                )

6   CHICAGO BOARD OPTIONS EXCHANGE,    )
   INC., et al.,                 )  Chicago, Illinois

7                               )  October 25, 2016
             Defendants.     )  9:19 a.m.

8

9             TRANSCRIPT OF PROCEEDINGS - MOTION
        BEFORE THE HONORABLE ROBERT W. GETTLEMAN

10

11  APPEARANCES:

12  For the Plaintiffs:      FOLEY & LARDNER LLP
                        BY:  MS. ELLEN M. WHEELER

13                     321 North Clark Street, Suite 2800
                     Chicago, Illinois 60654

14                     (312) 832-4500
                     ewheeler@foley.com

15

16  For Defendant           SCHIFF HARDIN LLP
   Chicago Board Options:   BY:  MR. PAUL E. GREENWALT III

17                     233 South Wacker Drive, Suite 6600
                     Chicago, Illinois 60606

18                     (312) 258-5600
                     pgreenwalt@schiffhardin.com

19  For Defendants          LOCKE LORD LLP
   International           BY:  MR. TERRENCE P. CANADE

20  Securities and NASDAQ:  111 South Wacker Drive
                     Chicago, Illinois 60606

21                     (312) 443-1862
                     tcanade@lockelord.com

22

23  Official Court Reporter:  NANCY L. BISTANY, CSR, RPR, FCRR
                      219 South Dearborn Street, Room 1706

24                     Chicago, Illinois 60604
                     (312) 435-7626

25                     *nancy_bistany@ilnd.uscourts.gov*

1    APPEARANCES:   (Continued)

2
     For Defendants                GOLDBERG KOHN LTD.
3    NYSE entities:                BY:   MR. DAVID J. CHIZEWER
                                   55 East Monroe Street, Suite 3300
4                                  Chicago, Illinois 60603
                                   (312) 201-4000
5                                  david.chizewer@goldbergkohn.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      (Proceedings heard in open court:)

2           THE CLERK:  16 C 9747, Citadel Securities versus

3  Chicago Board Option.

4           MR. GREENWALT:  Good morning, Your Honor.

5           Paul Greenwalt on behalf of the Chicago Board Options

6  Exchange.

7           MS. WHEELER:  Good morning, Your Honor.

8           Ellen Wheeler on behalf of the plaintiffs.

9           MR. CANADE:  Good morning, Your Honor.

10          Terrence Canade on behalf of two defendants,

11  International Securities and NASDAQ.

12          MR. CHIZEWER:  Good morning, Your Honor.

13          David Chizewer on behalf of the New York Stock

14  Exchange entities.

15          THE COURT:  All right.  There's a motion to stay.

16          There's a motion for an extension of time, which is

17  unopposed, so that will be granted.

18          But there's a motion to stay this pending the appeal?

19          MR. GREENWALT:  There is, Your Honor.  I think the

20  plaintiff -- and I'll let Ms. Wheeler speak for herself -- I

21  think she's agreed to a stay after their anticipated motion to

22  remand has been decided.

23          The defendants' view is the entire case should be

24  stayed pending the outcome of the appeal currently pending

25  before the Seventh Circuit.  So I think that's where the

1 difference of opinion is at this point.

2 MS. WHEELER: Your Honor, I'm not sure that's quite
3 accurate.

4 MR. GREENWALT: Okay.

5 MS. WHEELER: I think maybe there's a
6 miscommunication.

7 We do believe, yes, Your Honor, that the motion to
8 remand should be decided first. I think before the Court rules
9 on the motion to stay, we need to establish whether a
10 jurisdiction is -- properly lies in this Court.

11 If the motion to remand is denied and the case
12 remains here, I think the proper course is to go forward and to
13 not stay the case. We think that the landscape has
14 significantly changed in light of the SEC's opinion, also in
15 light of the U.S. Supreme Court's opinion in *Manning v. Merrill*
16 *Lynch*.

17 And, therefore, we just don't think the stay motion
18 or removal really, actually, has any merit, Your Honor. But
19 we, of course, are happy to brief both issues. We can file our
20 motion to remand within a week.

21 THE COURT: Well, don't you think we should determine
22 jurisdiction to see if there's anything to stay?

23 MS. WHEELER: Yes, Your Honor.

24 MR. GREENWALT: We do, Your Honor. But assuming that
25 the case is not remanded, our position is the case should be

1  stayed at that point.

2  THE COURT:  What's the posture of the Court of

3  Appeals case?

4  MR. GREENWALT:  The petition for review has been

5  filed.  Both the plaintiffs and one of the defendant exchange

6  groups have intervened, but briefs have not -- there's been no

7  briefing schedule.

8  THE COURT:  I see.

9  MR. GREENWALT:  We're before the settlement attorney

10  at the Seventh Circuit.

11  THE COURT:  You're going through the settlement

12  process there?

13  MR. GREENWALT:  We are, Your Honor.  We had an

14  initial meeting, and the settlement attorney requested some

15  time and then said she was going to schedule another meeting.

16  THE COURT:  Well, what I think we're going to do,

17  then, is set up your motion to remand right now.

18  When do you want to file that?

19  MS. WHEELER:  Your Honor, we could file a week from

20  today.

21  THE COURT:  Okay.  That would be -- a week from today

22  would be the 1st.

23  THE CLERK:  The 1st.

24  THE COURT:  And how quickly can you respond to that?

25  We're not going to get to ruling on this probably until January

1    or February anyway, so --

2              MR. GREENWALT:  Judge, could we have at least the

3    first week in December?  I don't know what my co-counsels'

4    travel schedules or holiday schedules are around Thanksgiving.

5              THE COURT:  All right.  Why don't we say December 2.

6    That will give you 30 days.

7              MR. GREENWALT:  That should be fine, Your Honor.

8              THE COURT:  Reply December 16.  Normally I set these

9    out 60 days, so that would be, let's say, February 9th -- I'll

10   try to collapse it a little bit -- for ruling.

11             And I'll continue your motion to stay until February

12   9th, so we'll see where we're at.  It doesn't seem to me like

13   you're going to be very far with the Seventh Circuit by that

14   point.

15             MR. GREENWALT:  Probably not, Your Honor.

16             THE COURT:  Well, you have a briefing schedule yet

17   that's going to be beyond that.

18             All right.  So that will be --

19             MR. GREENWALT:  Could I confirm with the Court, then,

20   that we don't have to respond to the pending complaint or file

21   Rule 26 disclosures or anything else?

22             THE COURT:  Right, let's hold off on discovery and

23   that sort of thing.

24             Okay.  Thanks, folks.

25             MS. WHEELER:  Your Honor, will February 9th be a

1   hearing date --

2            THE COURT:  9:00.

3            MS. WHEELER:  Okay.

4            THE COURT:  9:00.  No, it's a ruling date.  It's more

5   of an internal date for us to get a ruling out.  If I need

6   argument or anything like that, we'll let you know.  Unlikely.

7            MS. WHEELER:  Okay.  Great.  Thank you, Your Honor.

8            MR. CANADE:  Your Honor, just to confirm, today you

9   granted the agreed motion to extend to November 21.  That

10  extension now goes --

11           THE COURT:  Until further order.

12           MR. CANADE:  Until further order.  That's correct.

13  Thank you.

14           THE COURT:  Okay.

15           MS. WHEELER:  Thank you, Judge.

16           MR. GREENWALT:  Thank you, Your Honor.

17           MR. CANADE:  Thank you, Your Honor.

18           THE COURT:  Thank you, folks.

19       (Proceedings concluded.)

20

21

22

23

24

25

1               C E R T I F I C A T E

2

3               I, Nancy L. Bistany, do hereby certify that the

4       foregoing is a complete, true, and accurate transcript of the

5       proceedings had in the above-entitled case before the HONORABLE

6       ROBERT W. GETTLEMAN, one of the Judges of said Court, at

7       Chicago, Illinois, on October 25, 2016.

8

9       /s/ Nancy L. Bistany, CSR, RPR, FCRR          November 3, 2016

10           Official Court Reporter                   Date
             United States District Court
11           Northern District of Illinois
             Eastern Division
12

13

14

15

16

17

18

19

20

21

22

23

24

25