UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Citadel Securities LLC, et al.

                                              Plaintiff,

v.

                                              Case No.:
                                              1:16−cv−09747
                                              Honorable Robert W.
                                              Gettleman

Chicago Board Options Exchange, Inc., et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 22, 2017:

      MINUTE entry before the Honorable Robert W. Gettleman: Status hearing is reset to 7/6/2017 at 9:00 a.m. Telephone notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.