# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Citadel Securities LLC, et al.

                              Plaintiff,

v.                                                 Case No.: 1:16−cv−09747

                                                        Honorable Robert W. Gettleman

Chicago Board Options Exchange, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 30, 2017:

      MINUTE entry before the Honorable Robert W. Gettleman: Status hearing date of 7/6/2017 is reset to 10/31/2017 at 9:00 a.m. Mailed notice (gds )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.